Dismissed and Memorandum Opinion filed June 23, 2005









Dismissed and Memorandum Opinion filed June 23, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00471-CV

____________

 

DEVIN KEITH
GRANTOM, Appellant

 

V.

 

DEBORAH
GRANTOM, Appellee

 



 

On Appeal from the
247th District Court

Harris County,
Texas

Trial Court Cause No. 03‑51777

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed May 11, 2004 .  To date, our records show that appellant has
neither established indigence nor  paid
the $125.00 appellate filing fee.  See
Tex. R. App. P. 5 (requiring payment
of fees in civil cases unless indigent);Tex. R. App. P. 20.1
(listing
requirements for establishing indigence); see also Order Regarding Fees
Charged in Civil Cases in the Supreme Court and the Courts of Appeals, Misc.
Docket No. 98-9120 (Tex. Jul. 21, 1998) (listing fees in court of appeals); Tex. Gov=t Code Ann. ' 51.207 (Vernon Supp.2004-05) (same). 








After being notified that this appeal was
subject to dismissal, appellant did not adequately respond. 
Accordingly, the appeal is ordered dismissed.  See Tex.
R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply
with notice from clerk requiring response or other action within specified
time).  

 

PER CURIAM

 

 

Judgment rendered and Memorandum
Opinion filed June 23, 2005.

Panel consists of Justices Fowler,
Edelman and Seymore.